UNITED STATES DISTRICT COURT
WESTERN DIRECT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

                                                                   DECISION AND ORDER

                                                                   08-MJ-4140

                         v.

STEPHEN L. WEINBERG,

                          Defendant.
_____

       The Decision and Order filed September 28, 2010 (Dkt. #43) is hereby vacated.

       IT IS SO ORDERED.

                                      _____
                                        DAVID G. LARIMER
                                       United States District Judge

Dated: Rochester, New York
       October 14, 2010.